Kendal HOFFMAN, Appellant,

v.

Leandra HOFFMAN, Respondent.

No. WD 67850.

Missouri Court of Appeals,
Western District.

April 22, 2008.

Corey M. Swischer, Nevada, MO, for appellant.

Wm. G. McCaffree, Nevada MO, for respondent.

Before HARDWICK, P.J., SMART and WELSH, JJ.

## ORDER

PER CURIAM.

Kendal Hoffman appeals from the maintenance award in the judgment dissolving his marriage to Leandra Hoffman. We affirm the circuit court's judgment. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

James D. JOHNSON, Appellant.

No. WD 67520.

Missouri Court of Appeals,
Western District.

April 22, 2008.

Joan E. Reed, Jefferson City, MO, for respondent.

Ladarron Duwayne Williams, Kansas City, MO, for appellant.

Before PAUL M. SPINDEN, Presiding Judge, JOSEPH M. ELLIS, JR., Judge and THOMAS H. NEWTON, Judge.

## ORDER

PER CURIAM.

James D. Johnson appeals his conviction for the class C felony of receiving stolen property, § 570.080. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).